

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|                       |   |                            |
|-----------------------|---|----------------------------|
| EDDIE MARTINEZ,       | § | No. 08-19-00127-CR         |
| Appellant,            | § | Appeal from the            |
| v.                    | § | 384th District Court       |
| THE STATE OF TEXAS,   | § | of El Paso County, Texas   |
| State.                | § | (TC# 20180D00392)          |
|                       | § |                            |

## **O R D E R**

The Court GRANTS the Appellant's fifth motion for extension of time within which to file the brief until **January 31, 2020.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Louise E. Lopez, Jr., the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before January 31, 2020.

IT IS SO ORDERED this 28th day of January, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.